LAW LIBRARY

NO. 29118

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CASTLE FAMILY, LLC, a Hawaii Limited Liability Company,
Respondent/Plaintiff-Appellee,

vs.

THE KAILUAN, INC., a Hawaii Corporation,
Petitioner/Defendant-Appellant.

2010 SEP -8 PM 3:07  K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I  FILED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 08-1-0012)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant The Kailuan, Inc.'s

application for writ of certiorari, filed on August 9, 2010, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 8, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

Gerard A. Jervis,
and Joseph A. Gomes,
for petitioner/defendant-
appellant on the application

Rosemary T. Fazio,
Francis P. Hogan, and
Connie C. Chow, for
respondent/plaintiff-
appellee on the response

---

[1] Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ. and Circuit Judge Nacino, in place of Moon, C.J., recused.